# PRIMMER PIPER EGGLESTON CRAMER PC

DOUGLAS J. WOLINSKY
dwolinsky@ppeclaw.com
TEL: (802) 864-0880
FAX: (802) 864-0328

150 SOUTH CHAMPLAIN STREET P.O. BOX 1489 BURLINGTON, VT 05402

December 22, 2010

**FILED**
DEC 27 2010
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Kim Lefebvre
Court Unit Executive
United States Bankruptcy Court
Northern District of New York
James T. Foley Courthouse
445 Broadway, Suite 330
Albany, NY 12207

Re:  Rachel Harris – Case No. 08-12350

Dear Kim:

Enclosed please find check number 113 in the amount of $467.85, which represents unclaimed funds for the following creditor(s):

| Claim No. | Check No. | Amount  | Claimant address |
|-----------|-----------|---------|------------------|
| 5         | 108       | $467.85 | RBS Citizens NA<br>PO Box 7054<br>Bridgeport, CT 06601 |

Thank you for your assistance in this matter.

Sincerely yours,

Douglas J. Wolinsky

DJW:ajl

E00980-00956\Doc #45

Burlington, Vermont • Montpelier, Vermont • St. Johnsbury, Vermont • Littleton, New Hampshire
www.ppeclaw.com